IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mullins, Kesha A  

Printed: 9/18/07

Case Number: 07 B 12313  
Judge: Wedoff, Eugene R  
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 12, 2007  
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 969.67 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 8,454.97 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 300.00 | 0.00 |
| 6. | Edfinancial Services | Unsecured | 47.72 | 0.00 |
| 7. | Cb Usa Inc | Unsecured | 15.09 | 0.00 |
| 8. | Sallie Mae | Unsecured | 87.50 | 0.00 |
| 9. | Sallie Mae | Unsecured | 406.26 | 0.00 |
| 10. | Sallie Mae | Unsecured | 142.64 | 0.00 |
| 11. | Sallie Mae | Unsecured | 350.00 | 0.00 |
| 12. | Credit Management Co. | Unsecured | | No Claim Filed |
| 13. | Cbe Group | Unsecured | | No Claim Filed |
| 14. | West Asset Management | Unsecured | | No Claim Filed |
| 15. | Armor Systems Co | Unsecured | | No Claim Filed |
| 16. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 17. | Rickenbacker Group | Unsecured | | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,773.85 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mullins, Kesha A

Printed:  9/18/07

Case Number:  07 B 12313
Judge:  Wedoff, Eugene R
Filed:  7/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*